**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-82549-CV-Middlebrooks/Matthewman

JAVIER O'RELLY,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF FLORIDA,

    Respondent.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge William Matthewman's Report, issued on November 12, 2024. (DE 26). The Report recommends denying Petitioner Javier O'Relly's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (*Id.*).

Judge Matthewman's Report was issued on November 12, 2024. (DE 26). It is now more than a week past the deadline for filing objections, and Petitioner has not filed objections nor sought an extension of time.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Matthewman's conclusion that Mr. Relly's habeas petition should be denied. Further, I agree with the Report's finding that no certificate of appealability should issue.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Matthewman's Report (DE 26) is hereby **ADOPTED**.

(2) Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 1) is **DENIED.**

(3) A Certificate of Appealability is **DENIED**.

(4) Final judgment will be entered by separate Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 2nd day of December, 2024.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge William Matthewman;
            Counsel of Record